No. 79–5532.  STRUBE v. SUMNER.  Appeal from Ct. App. Ind. dismissed for want of substantial federal question.  ■

No. 78–1005.  BROWN, SECRETARY OF DEFENSE, ET AL. v. ALLEN ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Secretary of Navy* v. *Huff, ante,* p. 453.  ■

No. 79–517.  ESCHMANN BROS. & WALSH, LTD. v. V. MUELLER & Co.  Ct. App. Colo.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *World-Wide Volkswagen Corp.* v. *Woodson, ante,* p. 286.

No. 79–5215.  IN RE OTIS ET AL. (SUBLER, PETITIONER).  Ct. App. Ohio, Van Wert County.  [Certiorari granted, *ante,* p. 924.]  Upon consideration of motion of petitioner for summary reversal, it is ordered that the judgment be vacated and case remanded for further consideration in light of *State ex rel. Heller* v. *Miller,* 61 Ohio St. 2d 6, 399 N. E. 2d 66 (1980).

No. 79–5499.  SKIPPER v. BRUMMER ET AL.  C. A. 5th Cir. [Certiorari granted, *ante,* p. 1012.]  Upon consideration of motion of the State of Florida for reconsideration of the order of this Court entered on January 7, 1980 [*ante,* p. 1012], it is ordered that the judgment be vacated and case remanded for further consideration in light of subsequent proceedings referred to in respondent's motion for reconsideration and supplement thereto.